**14**

Kennieth THOMPSON, Appellant

v.

**U.S. CAPITOL POLICE BOARD, Appellee**

No. 00–5456.

United States Court of Appeals, District of Columbia Circuit.

Dec. 17, 2001.

Before ROGERS and TATEL, Circuit Judges; WILLIAMS, Senior Circuit Judge.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. The court has determined that the issues presented occasion no need for an opinion. *See* Fed. R.App. P. 36; D.C.Cir. Rule 36(b). It is

ORDERED AND ADJUDGED that the district court's order, filed October 26, 2000, be affirmed substantially for the reasons stated by the district court. Appellant's action was time-barred, and appellant failed to show the existence of a continuing violation which extended into the limitations period. *See Delaware State College v. Ricks,* 449 U.S. 250, 258, 101 S.Ct. 498, 66 L.Ed.2d 431 (1980). Nor did appellant present facts meriting equitable tolling. *See Irwin v. Dep't Veterans Affairs,* 498 U.S. 89, 96, 111 S.Ct. 453, 112 L.Ed.2d 435 (1990).

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.